O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLOBAL PRIVATE FUNDING, INC., a California corporation, | ) ) ) | Case No. CV 13-04622 DDP (MANx) |
| | ) | **ORDER GRANTING UNOPPOSED MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| Plaintiff, | ) ) | |
| v. | ) ) | (Dkt. Nos. 53, 61) |
| EMPYREAN WEST, LLC, an Arizona corporation; JAY L. CARTER, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

Presently before the court are Motions to Dismiss Plaintiff's First Amended Complaint under Rule 12(b)(6) filed, respectively, by Defendants Empyrean West, LLC, Jay Carter, and David Keller (Dkt. No. 53, "First Motion to Dismiss") and by Defendants U.S. Fuel Corporation, Harry Bagot, Stanley N. Drinkwater, III, William Chady, and Robert Schwartz (Dkt. No. 61, "Second Motion to Dismiss"). Plaintiff Global Private Funding, Inc. has not opposed either motion. Accordingly, the court GRANTS both motions to dismiss.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. L.R. 7-12.

The hearings on both motions were noticed for May 12, 2014. Plaintiff's oppositions were therefore due by April 21, 2014. As of the date of this Order, Plaintiff has not filed an opposition or any other filing that could be construed as a request for a continuance as to either motion. Accordingly, the court deems Plaintiff's failure to oppose as consent to granting the motions to dismiss, and GRANTS both motions.

In accordance with the First Motion to Dismiss, the first through eighteenth claims set forth in Plaintiff's First Amended Complaint are dismissed as to Defendants Empyrean West, LLC, Jay Carter, and David Keller. In accordance with the Second Motion to Dismiss, the first and eighth through eighteenth claims set forth in plaintiff's First Amended Complaint are dismissed as to Defendants U.S. Fuel Corporation, Harry Bagot, Stanley N. Drinkwater, III, William Chady, and Robert Schwartz. As a result of this Order, no claims remain as to any Defendant.

IT IS SO ORDERED.

Dated: May 6, 2014

                                       DEAN D. PREGERSON
                                       United States District Judge