O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL PRIVATE FUNDING, INC., a California corporation, | Case No. CV 13-04622 DDP (MANx) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LATE FILING OF SECOND AMENDED COMPLAINT** |
| v. | [DKT. NO. 92] |
| EMPYREAN WEST, LLC, an Arizona corporation; JAY L. CARTER, individually and as managing partner of EMPYREAN WEST LLC; DAVID C. KELLER, individually and as CEO of EMPYREAN WEST LLC; U.S. FUEL CORPORATION, a Nevada corporation; HARRY BAGOT, individually and as President/CEO of US FUEL CORPORATION; STANLEY N. DRINKWATER, III, individually and as Chairman of the Board; US FUEL CORPORATION; WILLIAM CHADY, individually and as Chief Operating Officer of US FUEL CORPORATION; ROBERT SCHWARTZ, individually, | |
| Defendants. | |

///

///

The Court is in receipt of Plaintiff's ex parte application to allow Plaintiff to file its Second Amended Complaint ("SAC") after the deadline originally set by the Court for the filing of the SAC. Having considered Plaintiff's application (Docket No. 92) and Defendants' opposition (Docket No. 94), the Court finds that good cause has been shown to allow Plaintiff to file its SAC. Plaintiff represents that it attempted to file the SAC within the deadline; although that was not actually accomplished, Plaintiff filed this ex parte application the very next day to correct their error. Therefore, the Court GRANTS Plaintiff's ex parte application. Plaintiff shall file its Second Amended Complaint on or before October 7, 2014.

Plaintiff's second ex parte request (Docket No. 96) is VACATED AS MOOT, as it seeks the same relief that Plaintiff seeks in its first ex parte request.

IT IS SO ORDERED.


Dated: October 3, 2014

DEAN D. PREGERSON
United States District Judge