Robin E. Paley,  SBN 118138
Law Offices of Robin E. Paley, A PLC
16430 Ventura Blvd., Ste. 301
Encino, CA 91436
Tel:      (818) 386-2995
Fax:      (818) 386-0684

Attorneys for Plaintiff, GLOBAL PRIVATE FUNDING, INC.

### UNITED STATES DISTRICT COURT        JS-6

### CENTRAL DISTRICT OF CALIFORNIA

GLOBAL PRIVATE FUNDING, INC., a
California Corporation,

              Plaintiff,

      vs.

EMPYREAN WEST, LLC, an Arizona
Corporation, et al.,

              Defendants.
_____

EMPYREAN WEST, LLC, an Arizona
Corporation, et al.,

            Defendants/Couunter-Claimants,

      vs.

GLOBAL PRIVATE FUNDING, INC.,
a California Corporation,

           Plaintiff/Couunter-Defendant.
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV13-04622 DDP

ORDER ON
STIPULATION OF DISMISSAL
WITH PREJUDICE

///

**[PROPOSED] ORDER**

This Parties having entered into a Stipulation to Dismiss the entire action, to include all Counterclaims and Third Patty Claims,

The Court adjudges and orders as follows:

IT IS HEREBY ORDERED that the Case entitled Global Private Fundings, Inc. vs. Empyrean West, LLC, (Case No. CV13-04622 DDP), including all Counterclaims and Third Party Claims are dismissed with prejudice.

IT IS ORDERED.

DATED: January 11, 2016

HON. DEAN D. PREGERSON
United States Distsrict Judge

**[PROPOSED] ORDER**